# FAX

Date :12/12/12

Total number of pages :16

To :14109818672

From :Jacqueline Murray (CCI-

Company :

Department :

Fax number :14109818672

Subject:72.193.129.98 / 00080636

MPA Jackson,

Please find attached the response to your Subpoena.

Respectfully,

*Jacqueline Murray*
Subpoena Specialist
Cox Communications, Inc.
jacqueline.murray@cox.com



Subpoena Compliance Office
Cox Communications, Inc.
1400 Lake Hearn Drive
Atlanta, GA 30319
(404) 269-0100
FAX: (404) 269-1898
SubpoenaResponse@cox.com

## EMAIL

TO.   MPA Maria E. Jackson

FAX.   [fax.14109818672]

From:   Subpoena Response Office
        Cox Communications

Date.   Wednesday, December 12, 2012

Re:     Customer Information Request

Number of pages (including cover).        7

In response to the referenced and attached, Cox Communications answers with the enclosed information.

We are providing records retained by Cox for limited business purposes and cannot guarantee that they necessarily represent information linking the identified customer to your investigation.

We also ask that you check to assure that the search performed was accurate and responsive before proceeding with its use. The information provided is from Cox systems of record, which are maintained for its business purposes and not for law enforcement or litigation matters. As such, Cox Communications accepts no responsibility for any use you may make of this response.

Please note the current service and related information on the schedule attached.

*Jacqueline Murray*
Subpoena Specialist
Subpoena Compliance Office
Cox Communications

Responsive Records

| Search By | Search For | Max Results Limit (Optional) |
|---|---|---|
| ◉ IP Address | 72.193.129.98 | 5,000 |
| ○ CM MAC | **Start Date (Optional)** <br> 11/25 11:15 | ☑ Search Archives (ALL data)** |
| ○ CPE MAC | **End Date (Optional) *** | ☐ CSV Output (Excel) |
| | | ☐ Expand IPv6 addresses |
| | | Submit    Clear Dates |

**2 lease record(s) found**

| IP Address | RDC | CM MAC | CPE MAC | Hostname | Starts (GMT) | Ends (GMT) |
|---|---|---|---|---|---|---|
| 72.193.129.98 | lv | 20:e5:2a:b1:23:fc | 20:e5:2a:b1:23:fd | | 2012-11-25 02:44:34 | 2012-12-04 09:01:57 |
| 72.193.129.98 | lv | 20:e5:2a:b1:23:fc | 20:e5:2a:b1:23:fd | | 2012-11-25 02:44:34 | 2012-12-02 02:17:37 |

**2 lease record(s) found**

\* DHCP leases are stored in GMT. Don't forget to include a time zone when pasting any zone other than GMT.

**Subscriber Info for 476115630504**

Market Las Vegas
ICOMS ID 476115630504
Name Tom Spencer
Address Apt 1028
245 E Centennial Pkwy
North Las Vegas, NV 89084-1356
Home Phone (702) 443-3576

**Account Lookup**

| Field | Value |
|---|---|
| CM MAC | 20:e5:2a:b1:23:fc |
| CM Serial | |
| ICOMS ID | |
| Cox Email | |
| Preferred Email | |
| Phone Number | |

Submit Query

CC Notes
Search For Tickets
POP3 Activity
Webmail Activity
IMAP Activity
SMTP Auth Activity

| Modem | Serial | MAC | Tools |
|---|---|---|---|
| NETGEAR | 2DV329UA03075 | 20:e5:2a:b1:23:fc | [ DHCP ] [ CMTS ] [ Modem Status ] |

## DATA1 - Customer Maintenance

**ICOMS**

Acct Nbr: 1156305-04
TOM SPENCER
Co/Dv/Frn 05 10 847
Status R ACT% 9/12/12
Task: Cust Info

Title: First Name: TOM   Last Name: SPENCER
APT 1028
245 E CENTENNIAL PKWY
NORTH LAS VEGAS  NV 89084-1356

Home Ph: 702 443 3676
Business Ph: 0000
Other Ph: 0000
SSN:

Customer Comment:

PIN Number:
PIN Entry Date: 5/28/11
Video Rtg:
Tax Exempt Code:
Customer Type: 1 DEFAULT
Category: 1 PERMANENT
Language Preference: ENGL English
Channel Lineup Ovr: 76801
Old Acct Nbr: 476

---

## DATA1 - Customer Ledger

**ICOMS**

Acct Nbr: 1156305-04
TOM SPENCER
APT 1028
Status R ACTV  9/12/12
Co/Dv/Frn 86 10 847
Task: Cust Info

Addl Comment:
Expiration Date:

**Account Aging**
| | | | |
|---|---|---|---|
| Current | .33 | Dep Amt | .06 |
| 1-30 | .00 | Dep Intr | .00 |
| 31-60 | .00 | Dep Due | .00 |
| 61-90 | .00 | Mthly Rate | 83.53 |
| Over 90 | .00 | Pnd Pmt | .00 |
| Total | .00 | Connect Date | 9/12/12 |

Aging Detail

**Credit Information**
Write Off: .00
Unapp Pmt: .00
Unapp Adj: .00
NMC Amt: .00
Ext Credit Score: C
Ctg: PERMANENT RESIDENT

| Date | | | Amount | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/15/12 | 12 | | 55.46 | 001 | Y | D | R | 0 | 10218 |
| 10/13/12 | 12 | | 61.29 | 001 | Y | D | R | 0 | 10139 |
| 9/13/12 | 12 | | 76.78 | 031 | Y | N | R | 0 | 10033 |
| 5/18/12 | 21 | | | 001 | N | N | R | C | 9686 |
| 4/18/12 | 21 | | | 001 | N | N | R | C | 9593 |
| 3/17/12 | 21 | | | 001 | N | N | R | 0 | 9505 |



## IP HISTORY LOGS

| IP Address | RDC | CM MAC | CPE MAC | Hostname | Starts (GMT) | Ends (GMT) |
|---|---|---|---|---|---|---|
| 72.193.129.98 | lv | 20:e5:2a:b1:23:fc | 20:e5:2a:b1:23:fd | | 2012-11-25 02:44:34 | 2012-12-04 09:01:57 |
| 72.193.129.98 | lv | 20:e5:2a:b1:23:fc | 20:e5:2a:b1:23:fd | | 2012-11-25 02:44:34 | 2012-12-02 02:17:37 |

**2 lease record(s) found**

\* DHCP leases are stored in GMT. Don't forget to include a time zone when pasting any zone other than GMT

# RECORDS CUSTODIAN INFORMATION FOR
# COX COMMUNICATIONS

See also: http://www.cox.com/policy/legalinformation/default.asp or call (404) 269-0100
Cox Privacy Notice: http://www.cox.com/policy/annualprivacynotice.asp

SubpoenaResponse@cox.com
Fax: (404) 269-1898

As of 7/25/2012

**Service of Process** - Cox Communications and its subsidiaries accept service of subpoenas, warrants and court orders, subject to payment of costs, by email at SubpoenaResponse@cox.com or by fax at (404) 269-1898. We do not accept service at any of our local offices. Our physical address is Records Custodian, Cox Communications, 1400 Lake Hearn Drive, Atlanta, GA 30319-1464. Physical service may be made on the agent for service of process for Cox Communications, available from the Secretary of State wherever we do business or on Corporation Service Company, 40 Technology Parkway South, Suite 400, Norcross, GA 30092.

**Restrictions** - Acceptance of service by facsimile or email is strictly conditioned upon payment of charges. Cox reserves the right to require payment in advance, to withhold delivery until payment and to seek enforcement of charges, including cost of collection. Entities that fail to pay charges must serve process upon the registered agent for Cox Communications within the appropriate state and requests for expedited response will not be granted. You will be notified if hourly charges apply and can request an estimate.

**Response Time** - Requests are handled in the order received, subject to pending expedited requests. Responsive information is generally provided within 10 business days. Expedited response for information other than call records, if available resources permit, will generally be provided within 3 business days. Extensive toll and call record detail requests may require 30 days or more.

**Questions** - During business hours Eastern Time, all questions should be directed as follows:
- Fax: (404) 269-1898
- Email: SubpoenaResponse@cox.com
- Phone: (404) 269-0100 (Voice messages will be returned within 1 business day)

**Status Requests** - For security reasons, all questions must be submitted in writing along with a copy of the subpoena and response. To prevent delays in response to your request and those of others, please do not ask for the status of a request prior to 10 business days for subscriber information, 3 days for expedited requests and 30 days for call records. You may then fax a copy of your original subpoena with a cover page asking for the status.

**Records Retention** - The following retention policies generally apply to frequently sought records:

| | |
|---|---|
| IP Assignment Logs | Up to 6 months |
| Subscriber Information | 3 years |
| Call Records | 18 months (up to 36 in certain states) |
| LEA Preservation Requests | 90 days (additional 90 days upon further request) |

**Requirement for Court Order or Warrant** – Except as provided in 18 USC 2703, content of communications may not be provided without court order or warrant

**Cost Reimbursement (18 U.S.C.§ 2706)**

| | | |
|---|---|---|
| ☐ | $40.00 | Per account for basic information * |
| ☐ | $40.00 | Per account for alarm activity information |
| ☐ | $25.00 | Per account for alarm activity information (Cox Customers only) |
| ☐ | $80.00 | Per account for expedited handling |
| ☐ | $40.00/Month | Telephone call detail records (other than toll) |
| ☐ | No Charge | Telephone toll record and Cox telephone subscriber records of 10 or less** |
| ☐ | $5.00/Account | In excess of 10 subscribers |
| ☐ | $0.25/Page | Photocopies and facsimiles exceeding 10 pages |
| ☐ | $25.00 | Data on CD-ROM |
| ☐ | $25.00 | Express delivery |
| ☐ | $75.00/Hr./Staff | Requests requiring greater than 0.5 hours ($40.00 minimum) |
| ☐ | $80.00 plus $150.00Hr./Staff | For preservation or expedited handling, if available |
| ☐ | No Charge | Non-expedited child pornography or endangerment investigations and investigations of harassing or abusive calls, if documented when requested and unless expedited response is sought |
| ☐ | Pen Register/Trap and Trace | $2500 for 60 days - $2000 for each additional 60 days |
| ☐ | Wiretap | $3500 for 30 days - $2500 for each additional 30 days |

*Requests based on IP addresses must include date, time and time zone information in order to receive a response.
** Telephone subscriber requests from law enforcement in excess of 10 accounts or otherwise voluminous are subject to charge under 18 USC 2706. Inaccurate requests concerning non-Cox subscribers require a fee of $25 per non-Cox request. Law enforcement can determine providers at http://www.npac.com. Telephone account information in civil matters is charged at $40 per account.

**Payment Methods:** Include invoice reference number with payment. American Express, Visa and MasterCard accepted.

Check: Make payable to Cox Communications, Inc. (Tax ID # 58-2112281) (Dun's # 789111374-1234)
Subpoena Compliance Payments
Cox Communications
1400 Lake Hearn Drive
Atlanta, GA 30319-1464

EFT: Contact us for instructions

**Contact Information** - (Please do not direct status requests or questions concerning subpoenas to these individuals.)

| | | | |
|---|---|---|---|
| Saquonna Wheeler | saquonna.wheeler@cox.com | Phone: | (404) 269-6841 |
| Angela Frazier | angela.frazier@cox.com | Phone: | (404) 847-6180 |
| Ming Yao (National Security/Classified – 24/7) | Phone: (678) 645-4603 | Fax | (678) 645-1679 |
| | Phone (after hours): (678) 645-0911 | | |
| After Business Hours – National Technical Operations Center (Eastern Time) | | 1 (855) 275-NTOC (6862) Opt. 5 | |
| After Business Hours – Cox Home Security Emergencies Only | 1 (800) 633-2677 | | |

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, Jacqueline Murray_____, state that I am employed by Cox Communications, Inc.,_____ (business), and that my official title is ___Subpoena Specialist___. I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Cox Communications, Inc.,_ (name of business from which documents are produced), and that I am the custodian of the attached records consisting of ___4___ pages.

I further state that:

    A.    all records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, or from information transmitted by, a person with knowledge of those matters;

    B.    such records were kept in the course of a regularly conducted business activity of Cox Communications, Inc.,_ (business); and

    C.    such records were made by Cox Communications, Inc.,_ (business) as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12/12/13___

Signature ___[signature]___